MJF:MMS
F.#2009R01152

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ALEXIS RODRIGUEZ,
    also known as
    "Alex Rodriguez,"
    "Alex Fernandez," and
    "Alexis Fernandez,"

        Defendant.

- - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 09-729 (SJ)
(T. 18, U.S.C.,
§§ 922(g)(1), 924(a)(2)
1951(a) and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Hobbs Act Robbery Conspiracy)

In or about 2005, within the Eastern District of New York and elsewhere, the defendant ALEXIS RODRIGUEZ, also known as "Alex Rodriguez," "Alex Fernandez," and "Alexis Fernandez," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by robbery of a narcotics trafficker.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

<u>COUNT TWO</u>
(Felon in Possession)

On or about April 9, 2009, within the Eastern District of New York, the defendant ALEXIS RODRIGUEZ, also known as "Alex Rodriguez," "Alex Fernandez," and "Alexis Fernandez," having previously been convicted in court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Ruger P89 9-millimeter semiautomatic pistol, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 <u>et</u> <u>seq</u>.)

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK